*E-Filed 8/24/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUDOLF ZIJDEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THUMBPLAY, INC., a Delaware Corporation<br><br>    Defendant.<br>_____/ | No. 5:09-CV-3252 RS<br><br>**ORDER SETTING CONSENT/DECLINATION DEADLINE** |

    Plaintiff Rudolf Zijdel has filed a motion to dismiss, docket [22] in the above-captioned matter, along with a motion for more definite statement, docket [23]. These motions are noticed for hearing on September 30, 2009, at 9:30 a.m.

    In accordance with Civil Local Rule 73-1, all parties who have not already done so are directed to file their consents or declinations to magistrate judge jurisdiction no later than **September 4, 2009**.

CASE NO. 5:09-CV-3252 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

IT IS SO ORDERED.

Dated:   8/24/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

CASE NO. 5:09-CV-3252 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

2