**United States District Court**
For the Northern District of California

*E-Filed 8/26/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUDOLF ZIJDEL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>THUMBPLAY, INC., a Delaware Corporation<br><br>        Defendant.<br>_____/ | No. 5:09-CV-3252 RS<br><br>**AMENDED ORDER SETTING CONSENT/DECLINATION DEADLINE AND CONTINUING MOTION HEARING** |

    Plaintiff Rudolf Zijdel has filed a motion to dismiss, docket [22] in the above-captioned matter. Defendant Thumbplay, Inc., has filed a motion for more definite statement, docket [23]. Plaintiff's motion is noticed for hearing on September 30, 2009, at 9:30 a.m. Defendant's motion is noticed for hearing on September 23, 2009, at 9:30 a.m.

    The hearing on defendant's pending motion will be consolidated with the hearing on plaintiff's motion on September 30, 2009, at 9:30 a.m.

    In accordance with Civil Local Rule 73-1, all parties who have not already done so are directed to file their consents or declinations to magistrate judge jurisdiction no later than **September 4, 2009**.

CASE NO. 5:09-CV-3252 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

IT IS SO ORDERED.

Dated: 8/26/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09-CV-3252 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE