1  RONALD L. JOHNSTON (State Bar No. 057418)
   ronald.johnston@aporter.com
2  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
3  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
4  Los Angeles, California 90017-5844
   Telephone: (213) 243-4000
5  Facsimile: (213) 243-4199

6  JAMES L. COOPER (*pro hac vice* to be submitted)
   james.cooper@aporter.com
7  ARNOLD & PORTER LLP
   555 Twelfth Street, N.W.
8  Washington, D.C. 20004-1206
   Telephone: (202) 942-5000
9  Facsimile: (202) 942-5999

10 *Attorneys for Defendant m-Qube, Inc.*

11 DAVID C. PARISI (State Bar No. 162248)
   dcparisi@parisihavens.com
12 SUZANNE HAVENS BECKMAN (State Bar No. 188814)
   shavens@parisihavens.com
13 PARISI & HAVENS, LLP
   15233 Valleyheart Drive
14 Sherman Oaks, CA 91403
   Telephone: (818) 990-1299
15 Facsimile: (818) 501-7852

16
   *Attorneys for Plaintiff Rudolph Zijdel*
17

**IT IS SO ORDERED**
*Judge James Ware*
9/21/2009

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20

21 RUDOLPH ZIJDEL, individually, and on        )   Case No. 5:09-CV-03252-JW
   behalf of a class of similarly situated     )
22 individuals,                                 )   **STIPULATION EXTENDING TIME FOR**
                                                )   **DEFENDANT M-QUBE, INC. TO**
23                Plaintiff,                    )   **RESPOND TO PLAINTIFF'S CLASS**
                                                )   **ACTION COMPLAINT**
24        v.                                    )
                                                )
25 THUMBPLAY. INC., a Delaware                  )
   corporation, M-QUBE, INC., a Delaware        )
26 corporation,                                  )
                                                )
27                Defendants.                   )
                                                )
28                                              )

---

STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT
CASE NO. 5:09-CV-03252-JW

1  Defendant M-Qube, Inc. and Plaintiff Rudolph Zijdel, through their respective counsel of
2  record, hereby stipulate and agree as follows:
3  WHEREAS, on June 16, 2009, Plaintiff served Defendant with its Complaint in this action;
4  WHEREAS, the time for Defendant to respond to the Complaint, pursuant to prior
5  stipulation of the parties, is September 16, 2009;
6  WHEREAS, Plaintiff and Defendant have stipulated and agreed that Defendant shall have a
7  further extension of time until November 16, 2009, to answer or otherwise respond to the
8  Complaint, so that the parties may complete settlement discussions, and so that this Court may
9  determine Plaintiff's pending Motion to Remand, which is set for hearing on November 9, 2009;
10 WHEREAS, the extension of m-Qube's answer or response deadline will not alter or effect
11 the date of any deadline fixed by the Court.
12 NOW, THEREFORE, the parties stipulate and agree as follows:
13 Defendant m-Qube shall have until November 16, 2009 to answer or otherwise respond to
14 the Complaint.

Dated: September 15, 2009

ARNOLD & PORTER LLP
RONALD L. JOHNSTON
ANGEL L. TANG

By: /s/ Angel L. Tang
ANGEL L. TANG
*Attorneys for Defendant m-Qube, Inc.*

Dated: September 15, 2009

PARISI & HAVENS, LLP
DAVID C. PARISI
SUZANNE HAVENS BECKMAN

By: /s/ Suzanne Havens Beckman
SUZANNE HAVENS BECKMAN
*Attorneys for Plaintiff Rudolph Zijdel*

LA: 568798v1

- 1 -

STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT
CASE NO. 5:09-CV-03252-JW