1  RONALD L. JOHNSTON (State Bar No. 057418)
   ronald.johnston@aporter.com
2  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
3  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
4  Los Angeles, California  90017-5844
   Telephone:  (213) 243-4000
5  Facsimile:  (213) 243-4199

6  JAMES L. COOPER (*pro hac vice* to be submitted)
   james.cooper@aporter.com
7  ARNOLD & PORTER LLP
   555 Twelfth Street, N.W.
8  Washington, D.C.  20004-1206
   Telephone:  (202) 942-5000
9  Facsimile:  (202) 942-5999

10  *Attorneys for Defendant m-Qube, Inc.*

11  DAVID C. PARISI (State Bar No. 162248)
    dcparisi@parisihavens.com
12  SUZANNE HAVENS BECKMAN (State Bar No. 188814)
    shavens@parisihavens.com
13  PARISI & HAVENS, LLP
    15233 Valleyheart Drive
14  Sherman Oaks, CA 91403
    Telephone:  (818) 990-1299
15  Facsimile:  (818) 501-7852

16
    *Attorneys for Plaintiff Rudolph Zijdel*
17

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware
11/4/2009

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20

21  RUDOLPH ZIJDEL, individually, and on       )  Case No. 5:09-CV-03252-JW
    behalf of a class of similarly situated    )
22  individuals,                               )  **STIPULATION EXTENDING TIME FOR**
                                               )  **DEFENDANT M-QUBE, INC. TO**
23              Plaintiff,                     )  **RESPOND TO PLAINTIFF'S FIRST**
                                               )  **AMENDED CLASS ACTION**
24       v.                                    )  **COMPLAINT**
                                               )
25  THUMBPLAY. INC., a Delaware                )
    corporation, M-QUBE, INC., a Delaware      )
26  corporation,                               )
                                               )
27              Defendants.                    )
                                               )
28  _____)

---

STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED
CLASS ACTION COMPLAINT
CASE NO. 5:09-CV-03252-JW

Defendant M-Qube, Inc. and Plaintiff Rudolph Zijdel, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on October 20, 2009, Plaintiff served Defendant with its First Amended Complaint in this action;

WHEREAS, the time for Defendant to respond to the Complaint, pursuant to applicable rules, is November 9, 2009;

WHEREAS, Plaintiff and Defendant have stipulated and agreed that Defendant shall have an extension of time until January 11, 2010, to answer or otherwise respond to the First Amended Complaint, so that the parties may complete settlement discussions.

WHEREAS, the extension of m-Qube's answer or response deadline will not alter or affect the date of any deadline fixed by the Court.

NOW, THEREFORE, the parties stipulate and agree as follows:

Defendant m-Qube shall have until January 11, 2010 to answer or otherwise respond to the First Amended Complaint.

Dated: November 2, 2009          ARNOLD & PORTER LLP
                                 RONALD L. JOHNSTON
                                 ANGEL L. TANG

                                 By:  /s/ Angel L. Tang
                                      ANGEL L. TANG
                                      *Attorneys for Defendant m-Qube, Inc.*

Dated: November 2, 2009          PARISI & HAVENS, LLP
                                 DAVID C. PARISI
                                 SUZANNE HAVENS BECKMAN

                                 By:  /s/ Suzanne Havens Beckman
                                      SUZANNE HAVENS BECKMAN
                                      *Attorneys for Plaintiff Rudolph Zijdel*

STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT
CASE NO. 5:09-CV-03252-JW