IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rudolf Zijdel, | NO. C 09-03252 JW |
|         Plaintiff, | **ORDER SETTING SCHEDULE FOR CLASS DISCOVERY AND PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
|   v. | |
| Thumbplay, Inc., et al., | |
|         Defendants. | |

This case is scheduled for a Case Management Conference on December 7, 2009. The parties filed a Joint Case Management Statement. (See Docket Item No. 57.) Upon review of the parties' Statement, the Court finds that a schedule for the case can be set without the necessity of an appearance at this time. Accordingly, the Court VACATES the December 7, 2009 Conference and ORDERS as follows:

(1) The Court finds good cause to bifurcate discovery between class and merits.

(2) All class discovery shall be completed on or before **July 12, 2010.**[1]

(3) The Court sets a hearing on Plaintiff's anticipated Motion for Class Certification on **October 4, 2010 at 9 a.m.** Plaintiff shall notice its Motion in accordance with the Civil Local Rules of the Court.

---

[1] The parties request a more extended period for class discovery. However, the Court finds that because discovery is bifurcated, an eight month period for class discovery is sufficient and advances the case at an appropriate pace.

(4) The parties shall appear for a Further Case Management Conference on **March 22, 2010 at 10 a.m.** On or before **March 12, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall provide a proposed schedule for the close of all merits discovery, update the Court on the progress of class discovery and inform the Court of any settlement efforts.

(5) The parties are referred to the Court's ADR Program.[2] No later than **December 16, 2009**, the parties shall contact the ADR Program. Since the case has been stayed as to Defendant M-Cube, Inc. (see Docket Item No. 54), Defendant M-Cube is not required to participate in the ADR Program at this time.

Dated: December 2, 2009

JAMES WARE
United States District Judge

---

[2] The parties may contact ADR at (415) 522-2199.

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexandria Rose Kachadoorian akachadoorian@stroock.com
Angel Lisa Tang Angel_Tang@aporter.com
Daniel Adam Rozansky drozansky@stroock.com
David Christopher Parisi dparisi@parisihavens.com
John David Fitzpatrick jfitzpatrick@mandellmenkes.com
John Joseph Lucas jlucas@stroock.com
Rafey Sarkis Balabanian rbalabanian@kamberedelson.com
Steven Lawrence Baron sbaron@mandellmenkes.com
Steven Paul Mandell smandell@mandellmenkes.com
Suzanne L. Havens Beckman shavens@parisihavens.com

**Dated: December 2, 2009**                              **Richard W. Wieking, Clerk**

                                                        **By:   /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**