STROOCK & STROOCK & LAVAN LLP
DANIEL A. ROZANSKY (State Bar No. 161647)
JOHN J. LUCAS (State Bar No. 216236)
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

MANDELL MENKES LLC
STEVEN P. MANDELL (Admitted *Pro Hac Vice*)
STEVEN L. BARON (Admitted *Pro Hac Vice*)
JOHN D. FITZPATRICK (Admitted *Pro Hac Vice*)
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
Telephone: 312-251-1009
Facsimile: 312-251-1010
E-mail: smandell@mandellmenkes.com

Attorneys for Defendant
  THUMBPLAY, INC.

IT IS SO ORDERED
Judge James Ware
12/4/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUDOLF ZIJDEL, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>THUMBPLAY, INC., a Delaware corporation, M-QUBE, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 09 03252 RS<br><br>[Assigned to the Hon. James Ware]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT** |

NY 72439285

STIPULATION
Case No. C 09-0587 CRB

**STIPULATION**

WHEREAS, on October 20, 2009, plaintiff Rudolf Zijdel ("Plaintiff") filed a First Amended Class Action Complaint (Docket No. 40);

WHEREAS, on November 3, 2009, defendant Thumbplay, Inc. ("Thumbplay") filed a Motion for More Definite Statement (Docket No. 46);

WHEREAS, on November 12, 2009, the Court denied the Motion for More Definite Statement (Docket No. 53), and Thumbplay's response to the Complaint is currently due on or before November 30, 2009;

WHEREAS, pursuant to Local Rule 6-1(a), parties may agree to an extension of time within which to answer or otherwise respond to a complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the parties have agreed to a 21-day extension of the time for Thumbplay to respond to the Complaint;

WHEREAS, the extension proposed herein will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, the parties enter into this Stipulation in good faith and not for purposes of delay;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Thumbplay's time to respond to the First Amended Complaint hereby is extended for a period of twenty-one (21) days, to and including December 21, 2009.

///
///
///
///
///
///
///
///

IT IS SO STIPULATED.

Dated:  November 30, 2009

STROOCK & STROOCK & LAVAN LLP
DANIEL A. ROZANSKY
JOHN J. LUCAS

and

MANDELL MENKES LLC
STEVEN P. MANDELL (Admitted *Pro Hac Vice*)
STEVEN L. BARON (Admitted *Pro Hac Vice*)
JOHN D. FITZPATRICK (Admitted *Pro Hac Vice*)


By:  /s/ Daniel A. Rozansky
            Daniel A. Rozansky

Attorneys for Defendant
    THUMBPLAY, INC.


Dated:  November 30, 2009

PARISI & HAVENS LLP
SUZANNE HAVENS BECKMAN
DAVID PARISI

By:  /s/ Suzanne Havens Beckman
            Suzanne Havens Beckman

Attorneys for Plaintiff
    RUDOLF ZIJDEL


Dated:  November 30, 2009

KAMBEREDELSON, LLC
RAFEY BALABANIAN

By:  /s/ Rafey Balabanian
            Rafey Balabanian

Attorneys for Plaintiff
    RUDOLF ZIJDEL