David C. Parisi (SBN 162248)
Email: dparisi@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Tel: (818) 990-1229
Fax: (818) 501-7852

*Attorneys for Plaintiff*
RUDOLF ZIJDEL and the putative class

Steven Paul Mandell (Admitted *Pro Hac Vice*)
Email: smandell@mandellmenkes.com
Steven Lawrence Baron (Admitted *Pro Hac Vice*)
Email: sbaron@mandellmenkes.com
Mandell Menkes LLC
100 West Wacker Drive, Suite 300
Chicago, Illinois 60606
Tel: (312) 251-1000
Fax: (312) 251-1010

Alexandria Rose Kachadoorian
akachadoorian@stroock.com
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
Tel: (310) 556-5800
Fax: (310) 556-5959

*Attorneys for Defendant*
THUMBPLAY, INC.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge James Ware

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

RUDOLF ZIJDEL, individually and on behalf of a class of similarly situated individuals,

Plaintiff,

v.

THUMBPLAY, INC., a Delaware corporation, M-QUBE, INC., a Delaware corporation,

Defendants.

Case No. 5:09-03252 (JW)

Honorable James Ware

**CLASS ACTION**

**[~~PROPOSED~~] ORDER DENYING STIPULATION AND REQUEST TO CONTINUE HEARING DATE**

The Court, having considered the parties' Joint Stipulation Requesting Continuance of Hearing Date, the request is DENIED and the hearing on Thumbplay, Inc's Motion to Dismiss the Complaint remains on calendar for **March 29, 2010 at 9:00 AM.** The parties shall comply with the briefing schedule in accordance with the Civil Local Rules. The Court also continues the Case Management Conference set for March 22, 2010 at 10:00 AM to **March 29, 2010 at 10:00 AM.** The parties shall file their joint case management conference statement on or before **March 19, 2010.**

Dated this 5th day of March, 2010

HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE