United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rudolf Zijdel, | NO. C 09-03252 JW |
| Plaintiff, v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS; SETTING ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| Thumbplay, Inc., et al., | |
| Defendants. | |

This case is scheduled for (1) a hearing on Defendant Thumbplay's Motion to Dismiss (Docket Item No. 62), and (2) a Case Management Conference, both on March 29, 2010. The parties duly submitted a Joint Case Management Statement. (See Docket Item No. 74.) In their Joint Statement, the parties represent that they have reached "a global class action settlement in principal [sic]" in a separate action. (Joint Statement at 8.) The parties state that the settlement would resolve all claims against Defendant Thumbplay in this case. (Id.)

In light of the parties' representations, the Court finds good cause to vacate the scheduled hearing on Defendant Thumbplay's Motion to Dismiss and to vacate the Case Management Conference. Further, the Court vacates all trial and pretrial dates and deems the Motion to Dismiss as withdrawn. On or before **June 4, 2010**, the parties shall file a stipulated dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).

If the dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **June 14, 2010 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P.

41(b).  On or before **June 4, 2010**, the parties shall file a joint statement in response to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissals.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

      Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  March 24, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexandria Rose Kachadoorian akachadoorian@stroock.com
Angel Lisa Tang Angel_Tang@aporter.com
Daniel Adam Rozansky drozansky@stroock.com
David Christopher Parisi dcparisi@parisihavens.com
John David Fitzpatrick jfitzpatrick@mandellmenkes.com
John Joseph Lucas jlucas@stroock.com
Michael James Aschenbrener maschenbrener@edelson.com
Rafey Sarkis Balabanian rbalabanian@kamberedelson.com
Sean Patrick Reis sreis@edelson.com
Steven Lawrence Baron sbaron@mandellmenkes.com
Steven Paul Mandell smandell@mandellmenkes.com
Suzanne L. Havens Beckman shavens@parisihavens.com

**Dated: March 24, 2010**                                   **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

United States District Court
For the Northern District of California