Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Michael J. Aschenbrener (Admitted *Pro Hac Vice*)
maschenbrener@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6376

*Attorneys for Plaintiff*
RUDOLF ZIJDEL and the putative class

Steven P. Mandell (Admitted *Pro Hac Vice*)
smandel@mandellmenkes.com
Steven L. Baron (Admitted *Pro Hac Vice*)
sbaron@mandellmenkes.com
MANDELL MENKES LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
Tel: 312.251.1000
Fax: 312.251.1010

*Attorneys for Defendant*
THUMBPLAY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| RUDOLF ZIJDEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THUMBPLAY, INC., a Delaware corporation,<br><br>Defendant. | Case No.: C 09-03252 (JW)<br><br>**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>[Honorable James Ware] |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO DISMISS ACTION**
**WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiffs RUDOLF ZIJDEL ("Plaintiff" or "Zijdel"), and Defendant THUMBPLAY,

INC., ("Defendant" or "Thumbplay") (collectively the "Parties"), hereby stipulate pursuant to

Federal Rule of Civil Procedure 41(a)(1) to the dismissal of this action, without prejudice and with

each Party to bear their own costs.  In support of this stipulation, the Parties state as follows:

**WHEREAS**, Plaintiff originally filed this action on July 10, 2009, in the Superior Court of

the State of California, Santa Clara County;

**WHEREAS**, on July 16, 2009, Thumbplay removed the case to this Court pursuant to the

Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d)(2) ("CAFA");

**WHEREAS**, on September 11, 2009, Plaintiff filed his motion to remand this action back

to the Superior Court of Santa Clara;

**WHEREAS**, on October 20, 2009, Plaintiff filed his First Amended Class Action

Complaint against Thumbplay;

**WHEREAS**, on November 3, 2009, Thumbplay filed its motion for a more definite

statement;

**WHEREAS**, on November 12, 2009, the Court denied both Plaintiff's motion to remand

and Thumbplay's motion for a more definite statement;

**WHEREAS,** on December 21, 2009, Thumbplay moved to dismiss Plaintiff's First

Amended Class Action Complaint;

**WHEREAS**, during the pendency of Thumbplay's Motion to Dismiss, the Parties to this

action, along with two other providers of mobile content and a mobile content affiliate marketer,

reached a global class action settlement in principle, which if finally approved by an appropriate

court, will resolve all class action lawsuits pending against Thumbplay and the other defendants

joining the settlement, related to the alleged imposition of unauthorized charges on the wireless

telephone bills of consumers;

**WHEREAS**, on March 25, 2010, the Court issued an Order terminating Thumbplay's

motion to dismiss and requiring the Parties to voluntarily dismiss this action pursuant to Fed. R.

Civ. P. 41(a) on or before June 4, 2010, or appear to show cause on June 14, 2010 as to why the

Court should not dismiss the action pursuant to Fed. R. Civ. P. 41(b);

**WHEREAS**, the settlement referenced above is proceeding;

**NOW THEREFORE**, pursuant to Fed. R. Civ. P. 41(a)(1), the Parties hereby

**STIPULATE** and **AGREE** as follows:

1.      This action is hereby dismissed without prejudice and with each Party to bear their

own costs and attorneys fees.

**IT IS SO STIPULATED.**

Dated:  June 4, 2010                              EDELSON MCGUIRE LLC


                                                  By: /s/  Rafey S. Balabanian
                                                  Rafey S. Balabanian (Admitted *Pro Hac Vice*)
                                                  rbalabanian@edelson.com
                                                  EDELSON MCGUIRE LLC
                                                  350 North LaSalle Street, Suite 1300
                                                  Chicago, Illinois 60654
                                                  Tel: 312.589.6370

                                                  *Attorneys for Plaintiff*
                                                  RUDOLF ZIJDEL and the putative class

Dated:  June 4, 2010                              MANDELL MENKES LLC


                                                  By:  /s/  Steven L. Baron
                                                  Steven L. Baron
                                                  sbaron@mandellmenkes.com
                                                  MANDELL MENKES LLC
                                                  333 West Wacker Drive, Suite 300
                                                  Chicago, Illinois   60606
                                                  Tel: 312.251.1000

                                                  *Attorneys for Defendant*
                                                  THUMBPLAY, INC.

1

## CERTIFICATE OF SERVICE

2    I, Rafey S. Balabanian, an attorney, certify that on June 4, 2010, I served the above and
foregoing *Stipulation to Dismiss Action Without Prejudice Pursuant to Fed. R. Civ. P.*

3    *41(a)(1)*, by causing true and accurate copies of such paper to be filed and transmitted to the
persons shown below via the Court's CM/ECF electronic filing system on this the 4th day of

4    June, 2010.

5
Steven Paul Mandell

6    smandell@mandellmenkes.com
John David Fitzpatrick

7    jfitzpatrick@mandellmenkes.com
Steven Lawrence Baron

8    sbaron@mandellmenkes.com
Mandell Menkes LLC

9    100 West Wacker Drive, Suite 300
Chicago, IL 60606

10

11   Alexandria Rose Kachadoorian
akachadoorian@stroock.com

12   John Joseph Lucas
jlucas@stroock.com

13   Daniel Adam Rozansky
drozansky@stroock.com

14   Stroock & Stroock & Lavan LLP

15   2029 Century Park East, Suite 1600
Los Angeles, CA 90067-3086

16

17   David C. Parisi
dparisi@parisihavens.com

18   Susan Beckman Havens
shavens@parisihavens.com

19   Parisi & Havens LLP
Sherman Oaks, California 91403

20

21                                                      /s/  Rafey S. Balabanian

22

23

24

25

26

27

28