Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Michael J. Aschenbrener (Admitted *Pro Hac Vice*)
maschenbrener@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6376

*Attorneys for Plaintiff*
RUDOLF ZIJDEL and the putative class

Steven P. Mandell (Admitted *Pro Hac Vice*)
smandel@mandellmenkes.com
Steven L. Baron (Admitted *Pro Hac Vice*)
sbaron@mandellmenkes.com
MANDELL MENKES LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
Tel: 312.251.1000
Fax: 312.251.1010

*Attorneys for Defendant*
THUMBPLAY, INC.

**IT IS SO ORDERED**
*Judge James Ware*
6/9/2010

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RUDOLF ZIJDEL, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>THUMBPLAY, INC., a Delaware corporation,<br><br>       Defendant. | Case No.: C 09-03252 (JW)<br><br>**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>[Honorable James Ware] |

**STIPULATION TO DISMISS ACTION**
**WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiffs RUDOLF ZIJDEL ("Plaintiff" or "Zijdel"), and Defendant THUMBPLAY, INC., ("Defendant" or "Thumbplay") (collectively the "Parties"), hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) to the dismissal of this action, without prejudice and with each Party to bear their own costs. In support of this stipulation, the Parties state as follows:

**WHEREAS**, Plaintiff originally filed this action on July 10, 2009, in the Superior Court of the State of California, Santa Clara County;

**WHEREAS**, on July 16, 2009, Thumbplay removed the case to this Court pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d)(2) ("CAFA");

**WHEREAS**, on September 11, 2009, Plaintiff filed his motion to remand this action back to the Superior Court of Santa Clara;

**WHEREAS**, on October 20, 2009, Plaintiff filed his First Amended Class Action Complaint against Thumbplay;

**WHEREAS**, on November 3, 2009, Thumbplay filed its motion for a more definite statement;

**WHEREAS**, on November 12, 2009, the Court denied both Plaintiff's motion to remand and Thumbplay's motion for a more definite statement;

**WHEREAS,** on December 21, 2009, Thumbplay moved to dismiss Plaintiff's First Amended Class Action Complaint;

**WHEREAS**, during the pendency of Thumbplay's Motion to Dismiss, the Parties to this action, along with two other providers of mobile content and a mobile content affiliate marketer, reached a global class action settlement in principle, which if finally approved by an appropriate court, will resolve all class action lawsuits pending against Thumbplay and the other defendants

joining the settlement, related to the alleged imposition of unauthorized charges on the wireless telephone bills of consumers;

**WHEREAS**, on March 25, 2010, the Court issued an Order terminating Thumbplay's motion to dismiss and requiring the Parties to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a) on or before June 4, 2010, or appear to show cause on June 14, 2010 as to why the Court should not dismiss the action pursuant to Fed. R. Civ. P. 41(b);

**WHEREAS**, the settlement referenced above is proceeding;

**NOW THEREFORE**, pursuant to Fed. R. Civ. P. 41(a)(1), the Parties hereby **STIPULATE** and **AGREE** as follows:

1. This action is hereby dismissed without prejudice and with each Party to bear their own costs and attorneys fees.

**IT IS SO STIPULATED.**

Dated:  June 4, 2010                                   EDELSON MCGUIRE LLC

                                                       By: /s/  Rafey S. Balabanian
                                                       Rafey S. Balabanian (Admitted *Pro Hac Vice*)
                                                       rbalabanian@edelson.com
                                                       EDELSON MCGUIRE LLC
                                                       350 North LaSalle Street, Suite 1300
                                                       Chicago, Illinois 60654
                                                       Tel: 312.589.6370

                                                       *Attorneys for Plaintiff*
                                                       RUDOLF ZIJDEL and the putative class

Dated:  June 4, 2010                                   MANDELL MENKES LLC

                                                       By:  /s/  Steven L. Baron
                                                       Steven L. Baron
                                                       sbaron@mandellmenkes.com
                                                       MANDELL MENKES LLC
                                                       333 West Wacker Drive, Suite 300
                                                       Chicago, Illinois  60606
                                                       Tel: 312.251.1000

                                                       *Attorneys for Defendant*
                                                       THUMBPLAY, INC.

# **CERTIFICATE OF SERVICE**

I, Rafey S. Balabanian, an attorney, certify that on June 4, 2010, I served the above and foregoing ***Stipulation to Dismiss Action Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)***, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system on this the 4th day of June, 2010.

Steven Paul Mandell
smandell@mandellmenkes.com
John David Fitzpatrick
jfitzpatrick@mandellmenkes.com
Steven Lawrence Baron
sbaron@mandellmenkes.com
MANDELL MENKES LLC
100 West Wacker Drive, Suite 300
Chicago, IL 60606

Alexandria Rose Kachadoorian
akachadoorian@stroock.com
John Joseph Lucas
jlucas@stroock.com
Daniel Adam Rozansky
drozansky@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067-3086

David C. Parisi
dparisi@parisihavens.com
Susan Beckman Havens
shavens@parisihavens.com
PARISI & HAVENS LLP
Sherman Oaks, California 91403

/s/ Rafey S. Balabanian